IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

TREVONTA STALLWORTH,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D13-2697

Opinion filed February 16, 2016.

Petition for Belated Appeal -- Original Jurisdiction.

Trevonta Stallworth, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

The petition seeking a belated appeal of the judgment and sentence rendered on

March 7, 2013, in Escambia County Circuit Court case number 2012-CF-001169-A, is

granted. Upon issuance of mandate, a copy of this opinion shall be furnished to the

clerk of the lower tribunal for treatment as a notice of appeal. If petitioner qualifies for the appointment of counsel at public expense, the lower tribunal is expected to appoint counsel in the belated appeal authorized by this opinion.

LEWIS, BILBREY, and KELSEY, JJ., CONCUR.